**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 26, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00838-CV

---

## MIRA DOSENOVICH, Appellant

## V.

## RUTH CASSIDY, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF MATTHEW CASSIDY, JR., AND BRUCE BRUSKIRT, Appellees

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-20239**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed November 16, 2020. On January 12, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Hassan and Wilson.